BRAD A. MOKRI (SBN 208213)
LAW OFFICES OF MOKRI & ASSOCIATES
1851 E. 1st Street # 900
Santa Ana, CA 92705
Phone: (714) 619-9395
Fax: (714) 619-9396

Attorney for Plaintiff
HERITAGE PACIFIC FINANCIAL LLC.



FILED
MAY 25 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

BY FAX

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

GEORGE EDWARD AND MARIA ELENA COUNTOURIOTIS

Debtor.

HERITAGE PACIFIC FINANCIAL, LLC. D/B/A HERITAGE PACIFIC FINANCIAL, a Texas Limited Liability Company,

Plaintiff,

vs.

GEORGE EDWARD AND MARIA ELENA COUNTOURIOTIS,

Defendant.

Bankruptcy No. : 10-44718
Adversary Case No.: 2010-02774

ORDER ON SUBSTITUTION OF
ATTORNEY FOR PLAINTIFF
HERITAGE PACIFIC FINANCIAL, LLC

Please take notice that Plaintiff HERITAGE PACIFIC FINANCIAL, LLC dba Heritage Pacific Financial hereby consents to the substitution of the following attorneys who will act as counsel for Plaintiff HERITAGE PACIFIC FINANCIAL, LLC in the above-captioned proceedings.

---

ORDER ON SUBSTITUTION OF ATTORNEY

-1-



1  I consent to this substitution:
2  Dated:

4  By: _____
5  Ben Ganter
   Director of Client Relations
6  For Plaintiff Heritage Pacific Financial, LLC

8  I consent to this substitution (former attorney).

9  Dated: March 29, 2011                    By: /s/ Justin T. Ryan
10                                          Justin T. Ryan
11                                          Attorney at Law

13  I consent to this substitution on behalf of the Law Offices of Mokri & Associates

14  Dated: March 29, 2011                   By: /s/ Brad A. Mokri
15                                          Attorney at Law

17  IT SO ORDERED

19  Date: MAY 25 2011

                                            _____
21                                          U.S. BANKRUPTCY JUDGE

---

ORDER ON SUBSTITUTION OF ATTORNEY

-2-